AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| American Foreign Service Association et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Trump et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Foreign Service Association, American Federation of Government Employees.

Date:   02/06/2025

/s/ Kaitlyn Golden
*Attorney's signature*

Kaitlyn Golden (1034214)
*Printed name and bar number*

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

*Address*

kgolden@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*