UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, et al., | |
| Plaintiffs, | Civil Action No. 25-352 |
| v. | |
| Donald Trump, et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Allison M. Zieve as counsel for Plaintiff.

Dated: February 6, 2025

Respectfully submitted,

/s/ Allison M. Zieve
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000