# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, et al., | |
|       Plaintiffs, | Civil Action No. 1:17-cv-00635-JDB |
| v. | |
| YAHOO! INC., et al., | Judge: John D. Bates |
|       Defendants. | |

## NOTICE OF FILING OF AFFIDAVITS OF SERVICE

PLEASE TAKE NOTICE that Plaintiffs He Depu, Yang Zili, Li Dawei, Ouyang Yi, Xu Yonghai, Xu Wanping, and Yu Ling hereby file the attached Affidavits of Service.

May 2, 2017

Respectfully submitted,

/s/ Times Wang
Daniel S. Sommers (#416549)
S. Douglas Bunch (#974054)
Times Wang (#1025389)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone:  (202) 408-4600

dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
twang@cohenmilstein.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2017, I electronically filed the foregoing *Notice of Filing of Affidavits of Service* with the Clerk of the Court via ECF, which in turn sent notice of the filing to all counsel who have appeared in this case.


Dated:   May 2, 2017                              /s/ Times Wang
                                                  Times Wang

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

He Depu, et al.

**Plaintiff**

vs.   Case No: 1:17-cv-00635-JDB

Yahoo! Inc., et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/19/2017 at 2:00 PM, I served Yahoo! Inc. c/o CT Corporation System, Registered Agent with the Summons and Complaint at 818 West Seventh Street, Suite 930, Los Angeles, California 90017 by serving Daisy Montenegro, Corporate Operations Specialist, authorized to accept service.

Daisy Montenegro is described herein as:

Gender: Female   Race/Skin: White   Age: 20+   Weight: 140   Height: 5'5"   Hair: Black   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

4/20/17
Executed On



Carlos Canas

Client Ref Number: N/A
Job #: 1525506

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

He Depu, et al.

**Plaintiff**

vs.   Case No: 1:17-cv-00635-JDB

Yahoo! Inc., et al.

**Defendant**

---

## AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/17/2017 at 12:30 PM, I served Laogai Research Foundation c/o CT Corporation with the Summons and Complaint at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Francisco Hernandez, Corporate Operations Specialist, authorized to accept service.

Francisco Hernandez is described herein as:

Gender: Male   Race/Skin: White   Age: 44   Weight: 240   Height: 5'10"   Hair: Black   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

4/19/17
Executed On



Ambiko Guice

Client Ref Number: 76910-001
Job #: 1525394

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

He Depu, et al.

Plaintiff

vs.   Case No: 1:17-cv-00635-JDB

Yahoo! Inc., et al.

Defendant

## AFFIDAVIT OF SERVICE

I, Robert Proffitt, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That on 04/17/2017 at 2:00 PM, I served Estate of Harry Wu with the Summons and Complaint at 1708 Broadfield Lane, Vienna, Virginia 22182 by serving Harrison Wu, son, a person of suitable age and discretion, who stated that he/she resides therein.

Harrison Wu is described herein as:

Gender: Male   Race/Skin: Asian   Age: 20   Weight: 155   Height: 5'8"   Hair: Black   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

Executed On 4/19/17

Robert Proffitt

Client Ref Number: 76910-001
Job #: 1525399

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

He Depu, et al.

**Plaintiff**

vs.          Case No: 1:17-cv-00635-JDB

Yahoo! Inc., et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Scott M. Feely, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 04/17/2017 at 5:45 PM, I served Ronald Bell with the Summons and Complaint at 1529 Laurel Place, Menlo Park, California 94025-3123, by serving Ronald Bell, personally.

Ronald Bell is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 170   Height: 5'8"   Hair: Brown   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

4-20-17
Executed On

Scott M. Feely

Client Ref Number: N/A
Job #: 1525393

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050