UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Foreign Service Association, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>President Donald J. Trump, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00352 |

**ERRATA**

The complaint filed on February 6, 2025 (ECF 1) is corrected as follows:

1. At the start of paragraph 13, "1988 act" should be replaced with "1998 act."

2. in footnote 8 on page 10, delete "(attached as Exhibit A)",

3. The word "Director" should be replaced with "Administrator" in the following places:

   - in paragraph 7 on page 2,

   - in the second sentence of paragraph 34 on page 6,

   - in b.i. on page 28.

Dated: February 7, 2025                     Respectfully submitted,

/s/ Allison M. Zieve
Lauren Bateman (DC Bar No. 1047285)         Kaitlyn Golden (DC Bar No. 1034214)
Karla Gilbride (DC Bar No. 1005886)         Kristen Miller (DC Bar No. 229627)
Allison Zieve (DC Bar No. 424786)           Kayla M. Kaufman* (DC Bar No. 90029091)
Public Citizen Litigation Group             Robin F. Thurston (DC Bar No. 1531399)
1600 20th Street NW                         Skye L. Perryman* (DC Bar No. 984573)
Washington, DC 20009                        Democracy Forward Foundation
(202) 588-1000                              P.O. Box 34553
lbateman@citizen.org                        Washington, DC 20043
                                            (202) 448-9090
                                            kmiller@democracyforward.org

                                            *motion to appear pro hac vice forthcoming

Counsel for Plaintiffs