CO-386-online
10/03

# United States District Court
# For the District of Columbia

HE DEPU, et al.                )
                               )
                               )
                               )
            vs   Plaintiff     )   Civil Action No. __1:17-635__
                               )
YAHOO!, INC. et al.            )
                               )
                               )
                 Defendant     )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __LAOGAI RESEARCH FOUNDATION__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __LAOGAI RESEARCH FOUNDATION__ which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

__422596__
BAR IDENTIFICATION NO.

David I. Bledsoe
Print Name

600 Cameron Street, Suite 203
Address

Alexandria   VA   22314
City         State   Zip Code

703-379-9424
Phone Number