**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| HE DEPU, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Case No. 1:17-cv-635-JDB |
| v. ) | |
| ) | |
| YAHOO!, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE OF GEORGE E. KOSTEL

PLEASE NOTE THE APPEARANCE of George E. Kostel as counsel for Defendants, Laogai Human Rights Organization and Laogai Research Foundation.

                                                            LAOGAI HUMAN RIGHTS ORGANIZATION
                                                            LAOGAI RESEARCH FOUNDATION
                                                             By Counsel

IMPRESA LEGAL GROUP

      /s/
George E. Kostel
D.C. Bar No. 10000015
Email: georgekostel@impresalegal.com
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Telephone: (703) 842-0660
Facsimile: (703) 684-1851

*Counsel for Defendants Laogai Human Rights*
*Organization and Laogai Research Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2017, this Notice of Appearance was filed with the Clerk of Court through the Court's CM/ECF system, which will then send a notice of the filing (NEF) to all counsel of record.

                                          /s/
                            George E. Kostel
                            D.C. Bar No. 1000015
                            Impresa Legal Group
                            georgekostel@impresalegal.com
                            3033 Wilson Boulevard
                            Suite 700
                            Arlington, VA 22201
                            Telephone:  (703) 842-0660
                            Facsimile:  (703) 684-1851

                            *Counsel for Defendants Laogai Human Rights*
                            *Organization and Laogai Research Foundation*