UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HE DEPU, et al., | |
| Plaintiffs, | Civil Action No. 1:17-cv-00635-JDB |
| v. | |
| YAHOO! INC., et al., | Judge: John D. Bates |
| Defendants. | |

## NOTICE OF FILING OF AFFIDAVIT OF SERVICE

PLEASE TAKE NOTICE that Plaintiffs He Depu, Yang Zili, Li Dawei, Ouyang Yi, Xu Yonghai, Xu Wanping, and Yu Ling hereby file the attached Affidavit of Service.

June 5, 2017

Respectfully submitted,

/s/ Times Wang
Daniel S. Sommers (#416549)
S. Douglas Bunch (#974054)
Times Wang (#1025389)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone:  (202) 408-4600

dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
twang@cohenmilstein.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017, I electronically filed the foregoing *Notice of Filing of Affidavit of Service* with the Clerk of the Court via ECF, which in turn sent notice of the filing to all counsel who have appeared in this case.

Dated:    June 5, 2017                              /s/ Times Wang
                                                    Times Wang

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**He Depu, et al.**

**Plaintiff**

vs.   Case No: 1:17-cv-00635-JDB

**Yahoo! Inc., et al.**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Calvin Jones, a Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in the above titled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 05/12/2017 at 2:55 PM, in accordance with D.C. Code 29-104.12, I served the defendant, Yahoo Human Rights Fund Trust through the DC Department of Consumer and Regulatory Affairs with duplicate copies of the Summons and Complaint in the above titled case with Form GN-6 and the statutory service fee of $50.00 by check made payable to the DC Treasurer. Service was made upon the DC Department of Consumer and Regulatory Affairs at 1100 4th Street, SW, Washington, DC 20024 by serving Maxine Hyman, Paralegal Specialist, authorized to accept on behalf of the DC Department of Consumer and Regulatory Affairs after the defendant failed to appoint or maintain a registered agent in the District of Columbia.

Maxine Hyman is described herein:

Gender: Female   Race/Skin: Black   Age: 60   Weight: 165   Height: 5'5"   Hair: Black   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

5/15/17
Executed On

Calvin Jones

Client Ref Number:76910-001
Job #: 1525397

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050