**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL URBAN LEAGUE, et al.,

*Plaintiffs,*

v.

DONALD TRUMP, in his official capacity as
President of the United States, et al.,

*Defendants,*

DO NO HARM,

[*Proposed*] *Intervenor-Defendant.*

No. 1:25-cv-00471-TJK

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Before the Court is a motion for intervention filed by Proposed Intervenor-Defendant Do

No Harm. In its discretion, the Court finds that Do No Harm satisfies the criteria for

_____ intervention as of right under Federal Rule of Civil Procedure 24(a)(2).

_____ permissive intervention under Federal Rule of Civil Procedure Rule 24(b).

The Court therefore grants Do No Harm leave to intervene as a defendant.

It is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that the caption in this case is amended to reflect the same.

It is FURTHER ORDERED that Intervenor-Defendant Do No Harm's proposed answer

attached to their motion to intervene is hereby accepted as filed.

Dated: _____, 2025                    _____
                                                    Timothy J. Kelly
                                                    United States District Judge
                                                    District of Columbia