IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------x
                                                                     )
                                                                     )
DANIEL FAORO,                                                        )
                                                                     )
                    Plaintiff,                                       )
        v.                                                           )   No. 1:25-cv-289-ABJ
                                                                     )
JEWISH VOICE FOR PEACE, INC., et al.,                                )
                                                                     )
                    Defendants.                                      )
                                                                     )
---------------------------------------------------------------------x

**ORDER**

This matter is before the Court on Attorney George R. A. Doumar's Motion as a member of the Bar of this Court for Admission *Pro Hac Vice* of Robert L. Herbst to appear on behalf of defendant WESPAC Foundation in the above-captioned case. Based on the materials provided, it is determined that all conditions for admission *pro hac vice* have been satisfied.

The motion is GRANTED, and Attorney Robert L. Herbst may appear as counsel *pro hac vice* for Defendant WESPAC Foundation in this action.

Dated: May __, 2025.

                                                                                        _____
                                                                                        The Honorable Amy Berman Jackson
                                                                                        United States District Judge
                                                                                        United States District Court for
                                                                                        the District of Columbia