# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HE DEPU, et al.,**<br><br>　　　　**Plaintiffs,**<br>　　　v.<br><br>**YAHOO! INC., et al.**<br><br>　　　　**Defendants.** | Civil Action No.  17-635 (JDB) |

## ORDER

Upon consideration of defendants' motions to dismiss [ECF Nos. 27, 28, 29, and 30] the amended complaint and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [27, 28, 29, 30] defendants' motions to dismiss the amended complaint are **GRANTED**; it is further

**ORDERED** that the parties' requests for a hearing on the motions to dismiss are **DENIED AS MOOT**; and it is further

**ORDERED** that [26] plaintiffs' amended complaint is **DISMISSED**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: <u>March 30, 2018</u>