**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**MONICA H. EVANS,** *et al.*,<br><br>  **Defendants.** | **Civil Action No. 1:25-cv-04403-RDM** |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND CROSS-MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants District of Columbia Board of Elections, Monica Evans, Gary Thompson, and Karyn Greenfield (collectively, "Defendants") oppose Plaintiff's Motion for Order to Compel Records Demanded Pursuant to the Civil Rights Act of 1960 [3-2] and cross-move under Rule 12(b)(6) to dismiss Plaintiff's Complaint [3-1].  A memorandum of points and authorities and proposed order are attached.  Because Defendants' cross-motion is dispositive, Defendants have not sought Plaintiff's consent.  *See* LCvR 7(m).

Date: March 13, 2026.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Amanda C. Pescovitz*
AMANDA C. PESCOVITZ [1735780]
Assistant Attorney General
Civil Litigation Division

400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7495
Email: amanda.pescovitz1@dc.gov

*Counsel for Defendants*