**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

| | |
|---|---|
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**JOINT STATUS REPORT**

In accordance with the Court's Minute Order of May 27, 2021, the parties in *State of Colorado v. Google LLC* submit the following Joint Status Report to update the Court on their progress concerning Plaintiff States' data requests.

The parties have continued to confer on issues related to Plaintiff States' data requests since the last status conference on May 27. The parties intend to continue the meet-and-confer process over the next few days and have committed to exchange additional information in the interest of resolving or narrowing any points of dispute. The parties propose to file an update, including as necessary position statements regarding any unresolved issues, on Wednesday, June 16.

Dated: June 10, 2021

Respectfully submitted,


By:    */s/ Jonathan B. Sallet*

Jonathan B. Sallet, Special Assistant
Attorney General (D.C. Bar No.
336198)
Steven Kaufmann, Deputy Attorney
General(D.C. Bar No. 1022365
*inactive*)
Diane R. Hazel, First Assistant
Attorney General(D.C. Bar No.
1011531 *inactive*)
Matt Schock, Assistant Attorney
General (D.C. Bar No. 1531265)
Carla Baumel, Assistant Attorney
General
Colorado Office of the Attorney
General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: 720-508-6000
Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Diane.Hazel@coag.gov
Matt.Schock@coag.gov
Carla.Baumel@coag.gov

*Counsel for Colorado*

Joseph Conrad
Office of the Attorney General of
Nebraska
Consumer Protection Division
2115 State Capitol Building
Lincoln, NE 68509
402-471-3840
joseph.conrad@nebraska.gov

*Counsel for Nebraska*

William F. Cavanaugh , Jr.
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas, Suite
2200
New York, NY 10036-6710
212-335-2793
Email:wfcavanaugh@pbwt.com

*Counsel for Plaintiffs Colorado and*
*Nebraska*


Brunn W. (Beau) Roysden III,
Solicitor GeneralMichael S. Catlett,
Deputy Solicitor General Dana R.
Vogel, Unit Chief Counsel
Christopher M. Sloot, Assistant
AttorneyGeneral
Arizona Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
Tel: (602) 542-3725
Dana.Vogel@azag.gov

*Counsel for Plaintiff Arizona*


Max Merrick Miller
Attorney General's Office for the State
of Iowa1305 East Walnut Street, 2nd
Floor
Des Moines, IA 50319(515) 281-5926
Max.Miller@ag.Iowa.gov

*Counsel for Plaintiff Iowa*


Elinor R. Hoffmann
John D. Castiglione
Morgan J. Feder
Office of the Attorney General of New
York28 Liberty Street, 21st Floor
New York, NY 10005212-416-8513
elinor.hoffmann@ag.ny.gov
john.castiglione@ag.ny.gov
morgan.feder@ag.ny.gov

*Counsel for Plaintiff New York*

Jonathan R. Marx
Jessica Vance Sutton
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
919-716-6000
Jmarx@Ncdoj.Gov
jsutton2@ncdoj.gov

*Counsel for Plaintiff North Carolina*


Robert B. Harrell, Sr.
J. David McDowell
Jeanette Pascale
Christopher Dunbar
Office of The Attorney General &
Reporter
P.O. Box 20207 Nashville, TN 37202
615-741-3519
david.mcdowell@ag.tn.gov
jenna.pascale@ag.tn.gov
chris.dunbar@ag.tn.gov
brant.harrell@ag.tn.gov

*Counsel for Plaintiff Tennessee*


Scott R. Ryther
Tara Pincock
Attorney General's Office Utah160 E
300 S, Ste 5th Floor
PO Box 140874
Salt Lake City, UT 84114801-366-
0305
sryther@agutah.gov
tpincock@agutah.gov

*Counsel for Plaintiff Utah*


Jeff Pickett
Senior Assistant Attorney General
jeff.pickett@alaska.gov
State of Alaska, Department of Law
Office of the Attorney General 1031
W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 269-5100

*Counsel for Plaintiff Alaska*

Nicole Demers
State of Connecticut
Office of the Attorney General
165 Capitol Avenue, Ste 5000
Hartford, CT 06106
860-808-5202
nicole.demers@ct.gov

*Counsel for Plaintiff Connecticut*


Michael Andrew Undorf
Delaware Department of Justice
Fraud and Consumer Protection
Division820 N. French St., 5th Floor
Wilmington, DE 19801
302-577-8924
michael.undorf@delaware.gov

*Counsel for Plaintiff Delaware*


Catherine A. Jackson (D.C. Bar No.
1005415)
Elizabeth Gentry Arthur
David Brunfeld
Office of the Attorney General for the
District ofColumbia
400 6th Street NW Washington, DC
20001
202-724-6514
catherine.jackson@dc.gov
elizabeth.arthur@dc.gov
david.brunfeld@dc.gov

*Counsel for Plaintiff District of
Columbia*


Leevin Taitano Camacho,
Attorney General
Fred Nishihira, Chief,
Consumer ProtectionDivision
Benjamin Bernard Paholke, Assistant
Attorney General
Office of the Attorney General of
Guam
590 S. Marine Corps Drive, Suite 901
Tamuning, Guam 96913
Tel: (671)-475-3324
bpaholke@oagguam.org

*Counsel for Plaintiff Guam*

Rodney I. Kimura
Office of the Attorney General of
Hawaii
Commerce & Economic Development
425 Queen Street
Honolulu, HI 96813
808-586-1180
rodney.i.kimura@hawaii.gov

*Counsel for Plaintiff Hawaii*


Brett DeLange
John K. Olson
Office of the Idaho Attorney General
Consumer Protection Division
954 W. State St., 2nd Fl.
PO Box 83720
Boise, ID 83720-0010
208-334-4114
brett.delange@ag.idaho.gov
john.olson@ag.idaho.gov

*Counsel for Plaintiff Idaho*


Blake Harrop
Joseph Chervin
Office of the Attorney General of
Illinois100 W. Randolph St.
Chicago, IL 60601
312-793-3891
bharrop@atg.state.il.us
jchervin@atg.state.il.us

*Counsel for Plaintiff Illinois*


Lynette R. Bakker
Office of the Attorney General of
Kansas
Consumer Protection & Antitrust
120 S.W. 10th Avenue, Ste 2nd Floor
Topeka, KS 66612-1597
785-368-8451
lynette.bakker@ag.ks.gov

*Counsel for Plaintiff Kansas*

Christina M. Moylan
Office of the Attorney General of
Maine6 State House Station
Augusta, ME 04333-0006
207-626-8838
christina.moylan@maine.gov

*Counsel for Plaintiff Maine*


Schonette J. Walker Assistant Attorney
General
Deputy Chief, Antitrust Division
Gary Honick
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6480
swalker@oag.state.md.us
ghonick@oag.state.md.us

*Counsel for Plaintiff Maryland*


Matthew B. Frank, Assistant Attorney
General Antitrust Division
William T. Matlack, Assistant Attorney
General Chief, Antitrust Division
Michael B. MacKenzie, Assistant
Attorney General
Deputy Chief, Antitrust Division
Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
Tel: (617) 727-2200
Matthew.Frank@mass.gov
William.Matlack@mass.gov
Michael.Mackenzie@mass.gov

*Counsel for Plaintiff Massachusetts*

Justin Moor, Assistant Attorney
General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2130
(651) 757-1060
justin.moor@ag.state.mn.us

*Counsel for Plaintiff Minnesota*

Marie W.L. Martin
Michelle Christine Newman
Lucas J. Tucker
Nevada Office of the Attorney General
Bureau of Consumer Protection
100 N. Carson Street Carson City, NV
89701
775-624-1244
mwmartin@ag.nv.gov
mnewman@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff Nevada*


Brandon Garod
Office of Attorney General of New
Hampshire
33 Capitol Street
Concord, NH 03301
603-271-1217
brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff New Hampshire*


Bryan Steven Sanchez
Isabella R. Pitt
Yale A. Leber
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102
239-822-6123
bryan.sanchez@law.njoag.gov
Isabella.pitt@law.njoag.gov
Yale.leber@law.njoag.gov

*Counsel for Plaintiff New Jersey*


Mark F. Swanson
Cholla Khoury
New Mexico Office of the Attorney
General
408 Galisteo St.
Santa Fe, NM 87504
Tel: 505.490.4885
mswanson@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff New Mexico*

Parrell D. Grossman,
Director
Elin S. Alm
Assistant Attorney General
Consumer Protection & Antitrust
Division
Office of the Attorney General
1050 E. Interstate Ave., Suite 200
Bismarck, ND 58503
701-328-5570
pgrossman@nd.gov
ealm@nd.gov

*Counsel for Plaintiff North Dakota*

Beth Ann Finnerty
Mark Kittel
Jennifer Pratt
Office of The Attorney General of
Ohio,
Antitrust Section
30 E Broad Street, 26th Floor
Columbus, OH 43215
614-466-4328
beth.finnerty@ohioattorneygeneral.gov
mark.kittel@ohioattorneygeneral.gov
jennifer.pratt@ohioattorneygeneral.gov

*Counsel for Plaintiff Ohio*

Caleb J. Smith Assistant Attorney
General
Consumer Protection Unit
Office of the Oklahoma Attorney
General
313 NE 21st St
Oklahoma City, OK 73105
Tel: (405) 522-1014
Caleb.Smith@oag.ok.gov

*Counsel for Plaintiff Oklahoma*

Cheryl Hiemstra
Tim D. Nord
Oregon Department of Justice
1162 Court St NE
Salem, OR 97301
503-934-4400
cheryl.hiemstra@doj.state.or.us
tim.nord@doj.state.or.us

*Counsel for Plaintiff Oregon*


Tracy W. Wertz
Joseph S. Betsko
Norman W. Marden
Pennsylvania Office of Attorney
General
Strawberry Square
Harrisburg, PA 17120
Tel: (717) 787-4530
jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov
nmarden@attorney general.gov

*Counsel for Plaintiff Pennsylvania*


Johan M. Rosa Rodríguez
Assistant Attorney General
Antitrust Division
Puerto Rico Department of Justice
PO Box 9020192
San Juan, Puerto Rico 00902-0192
Tel: (787) 721-2900, ext. 1201
jorosa@justicia.pr.gov

*Counsel for Plaintiff Puerto Rico*


Steven N. Provazza
Rhode Island Office of the Attorney
General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
sprovazza@riag.ri.gov

*Counsel for Plaintiff Rhode Island*

Yvette K. Lafrentz
Office of The Attorney General of
South Dakota
1302 E. Hwy 14, Suite1
Pierre, SD 57501
605-773-3215
yvette.lafrentz@state.sd.us

*Counsel for Plaintiff South Dakota*

Ryan G. Kriger
Office of The Attorney General of
Vermont
109 State St.
Montpelier, VT 05609
802-828-3170
ryan.kriger@vermont.gov

*Counsel for Plaintiff Vermont*

Sarah Oxenham Allen
Tyler Timothy Henry
Office of the Attorney General of
Virginia
Antitrust Unit/Consumer Protection
Section
202 N. 9th Street
Richmond, VA 23219
804-786-6557
soallen@oag.state.va.us
thenry@oag.state.va.us

*Counsel for Plaintiff Virginia*

Amy Hanson
Washington State Attorney Genera
l800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-5419
amy.hanson@atg.wa.gov

*Counsel for Plaintiff Washington*

Douglas Lee Davis
Tanya L. Godfrey
Office of Attorney General, State of
West Virginia
P.O. Box 1789
812 Quarrier Street, 1st Floor
Charleston, WV 25326
304-558-8986
doug.davis@wvago.gov
tanya.l.godfrey@wvago.gov

*Counsel for Plaintiff West Virginia*


Benjamin Mark Burningham
Amy Pauli
Wyoming Attorney General's Office
2320 Capitol Avenue
Kendrick Building Cheyenne, WY
82002
(307) 777-6397
ben.burningham@wyo.gov
amy.pauli@wyo.gov

*Counsel for Wyoming*


WILLIAMS & CONNOLLY LLP

By: _/s/ *John E. Schmidtlein*_____
John E. Schmidtlein (D.C. Bar No.
441261)
Benjamin M. Greenblum (D.C. Bar No.
979786)
Colette T. Connor (D.C. Bar No.
991533)
725 12th Street, NW
Washington, DC 20005
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH &
ROSATI P.C.
Susan A. Creighton (D.C. Bar No.
978486)
Franklin M. Rubinstein (D.C. Bar No.
476674)
Wendy W.H. Waszmer
1700 K St, NW
Washington, DC 20006
Tel: 202-973-8800
screighton@wsgr.com
frubinstein@wsgr.com
wwaszmer@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No.
454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

*Counsel for Defendant Google LLC*